UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES FIDELITY & GUARANTY COMPANY, ) ) ) | |
| Plaintiff(s), ) ) | |
| vs. ) ) | Case No. 4:08CV0047 JCH |
| MOSLEY CONSTRUCTION, et al., ) ) | |
| Defendant(s). ) | |

### ORDER

This matter is before the Court upon Defendants Kem and Karen Mosley's Motion for Additional Time to Respond to Motion for Summary Judgment, filed May 6, 2009. (Doc. No. 37). Upon consideration, the Court will grant the Defendants' motion in part.

Accordingly,

**IT IS HEREBY ORDERED** that Defendants' Motion for Additional Time to Respond to Motion for Summary Judgment (Doc. No. 37) is **GRANTED** in part.

**IT IS FURTHER ORDERED** that Defendants shall file their response to Plaintiff's Motion for Summary Judgment no later than **May 15, 2009**, and Plaintiff shall file its Reply in Support of its Motion for Summary Judgment on or before **May 25, 2009**.

**IT IS FURTHER ORDERED** that all other dates in the original case management order shall remain the same.

Dated this 7th day of May, 2009.

/s/ Jean C. Hamilton

UNITED STATES DISTRICT JUDGE